```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
JOSHUA FISCHMAN,                                        :
                                                        :
                              Plaintiff,                :
                                                        :       22 Civ. 8124 (JPC)
              -v-                                       :
                                                        :              ORDER
                                                        :
AMERICAN AIRLINES, INC.,                                :
                                                        :
                              Defendant.                :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court previously directed the parties to meet and confer and to submit a joint letter in advance of the Initial Pretrial Conference ("IPTC"), currently scheduled for November 1, 2022, by October 25, 2022.  *See* Dkt. 5.  The deadline has passed, and the docket does not reflect that the parties have submitted their pre-IPTC papers.  Accordingly, the Court extends *sua sponte* the parties' deadline to make their pre-IPTC submissions to October 28, 2022.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge